ORIGINAL

RECEIVED
JUL 10 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Public Service Company of Oklahoma

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Tom Q. Ferguson, OBA No. 12288

Firm Name: Doerner, Saunders, Daniel & Anderson, LLP

Post Office Box: 08-501 C

Street Address: 320 S. Boston, Suite 500

City-State-Zip: Tulsa, OK 74103

Telephone & Facsimile Numbers: 918-591-5308; 918-591-5398

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 1 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ____________

Agency Identification Code: A R M
See attached sheet for three-digit codes.

Amount Claimed: $ 159,007.94
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $____________
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ____________

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.