ORIGINAL

FILED
JUL 1 0 2008
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PUBLIC SERVICE COMPANY OF OKLAHOMA,** | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | **CASE NO.** 08-501 C |
| | ) | **JUDGE** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| DEFENDANT. | ) | |

## RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Public Service Company of Oklahoma (PSO) hereby submits its Rule 7.1 disclosure. PSO is a subsidiary of American Electric Power Company, Inc. In addition, the following companies are subsidiaries of American Electric Power Company, Inc. Each is registered with the Securities and Exchange Commission, in light of some publicly owned preferred stock; however, the common stock of each is not publicly held:

1. American Electric Power Company, Inc. (Parent)
2. Appalachian Power Company
3. Columbus Southern Power Company
4. Indiana & Michigan Power Company
5. Ohio Power Company
6. Public Service Company of Oklahoma
7. Southwestern Electric Power Company

Respectfully submitted,

Dated: July 9, 2008

By: ______________________________

Tom Q. Ferguson, OBA No. 12288
DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.
320 South Boston Avenue, Suite 500
Tulsa, Oklahoma 74103
Telephone (918) 591-5308
Facsimile (918) 591-5398

Counsel for Public Service Company of Oklahoma

Of Counsel:
Dallas E. Ferguson, OBA No. 2871
DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.
320 South Boston Avenue, Suite 500
Tulsa, Oklahoma 74103
Telephone (918) 591-5218
Facsimile (918) 925-5218