IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PUBLIC SERVICE COMPANY OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-501C (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Kent C. Kiffner, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kent C. Kiffner
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12142
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Kent C. Kiffner
KENT C. KIFFNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-4869
Facsimile: (202) 307-0972
E-mail: Kent.Kiffner@usdoj.gov

Dated: July 22, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 22nd day of July, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kent C. Kiffner