IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PUBLIC SERVICE COMPANY OF OKLAHOMA, | ) | |
| Plaintiff, | ) | No. 08-501 |
| v. | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 30-day enlargement of time, to and including October 8, 2008, within which to respond to plaintiff's complaint. Our response is currently due on September 8, 2008. We have not previously requested an enlargement of time for this purpose. Counsel for plaintiff indicated on September 2, 2008 that plaintiff is not opposed to this motion.

We received the agency's litigation report, required by 28 U.S.C. § 520(b), on August 27, 2008. This 30-day request is necessary to provide the Government with an opportunity to review the litigation report and analyze the factual and legal issues related to the complaint. We anticipate that the 30-day enlargement will provide sufficient time for defendant's counsel to gather necessary information, to review the litigation report, and to respond to the complaint.

For these reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of time of 30 days, to and including October 8, 2008, within which to respond to plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/ Kent C. Kiffner
KENT C. KIFFNER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

Attorneys for Defendant

September 2, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on September 2, 2008, a copy of the foregoing "Defendant's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent C. Kiffner