# In the United States Court of Federal Claims

No. 08-501 C

(September 3, 2008)

* * * * * * * * * * * * * * * *
PUBLIC SERVICE COMPANY OF OKLAHOMA, *Plaintiff,*

v.

THE UNITED STATES, *Defendant.*

* * * * * * * * * * * * * * * *

**ORDER**

On September , 2008, defendant filed an Unopposed Motion for Enlargement of Time of thirty days, to and including October 8, 2008, within which to respond to plaintiff's complaint. Accordingly, it is **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge